AO 91 (Rev. 5/85) Criminal Complaint
___

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**EDWARD JACKSON**
**SILVIA JENNIFER**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **NOVEMBER 1, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **OFFICER KIM TOGANS**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
**OFFICER KIM TOGANS**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____    at    **Washington, D.C.**
Date                                         City and State

_____         _____
**Name & Title of Judicial Officer**         **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On, Thursday, November 1, 2007, at about 9:50 p.m., sworn officers of the Metropolitan Police Department's Seventh District were conducting an undercover drug surveillance in the the 2200 block of Chester Street, S.E, Washington, D.C.  Officers observed an unattended vehicle with a green ziploc containing a white rock substance on the drivers seat.  Officers watched the defendants, Edward Jackson and Silvia Jennifer return to the vehicle and drive off. Silvia Jennifer was the operator of the vehicle and stopped a short time later in 1200 block of Good Hope Road, S.E. Washington D.C. and got out.  The green ziploc containing the white rock substance was still on the driver's seat and officers apprehended and placed both defendants under arrest. The registration was found in the glove box and identified Edward Jackson as the registrant/owner of the vehicle.  Officers proceeded to conduct a search incident to the arrest of the vehicle.  During the search, officers recovered the green ziploc on the driver's seat that contained a white rock like substance weighing 4 grams which field tested positive for cocaine.  On the floor board of the passenger seat, officer recovered two false bottom cans.  One can contained  a clear plastic bag with 9 pieces of a white rock substance weighing approximately 26 grams which field tested positive for cocaine, 6 zips containing a total of 67 orange zips of white powder field tested positive for opiates and a green zip containing 4 orange zips of white powder.  The second can contained a clear plastic bags with 6 green zips with a white rock substance weighing approximately 24 grams which were identical to the green zip recovered on the driver's seat and a clear plastic bag containing a white powder weighing approximately 17 grams and the powder resembled the powder found in the first can.  In addition, the officers recovered $3500.00 in U.S. Currency and numerous orange zips of heroin from the center console and $508.00 from Edward Jackson's person.  In the officer's experience, the amount of the crack and heroin recovered indicated that it was intended for distribution rather than for personal use.

_____
OFFICER KIM TOGANS
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF NOVEMBER, 2007

_____
U.S. MAGISTRATE JUDGE